AO 247 (02/08)          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| **V.** | |
| WILLIE A. HEARD, JR.<br>a/k/a Junebug | Case Number:          4:00CR00216-01-WRW |
| | USM Number:          22225-009 |

**Date of Previous Judgment:**          12/13/2001

OMAR F. GREENE

**(Use Date of Last Amended Judgment, if Applicable)**          Defendant's Attorney

Upon motion of          [X] the defendant          [ ] the Director of the Bureau of Prisons          [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ]  DENIED.

[X]  GRANTED  and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **120** months is reduced to **100**

## I.  COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure /Variance/Rule 35): **27**

Amended Offense Level: **25**

Criminal History Category: **V**

Criminal History Category: **V**

Previous Guideline Range: **120** to **150** months

Amended Guideline Range: **100** to **125** months

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X]  The reduced sentence is within the amended guideline range.

[ ]  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ]  Other (Specify):

## III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated 12/13/2001 shall remain in effect.

**IT IS SO ORDERED.**

| | |
|---|---|
| 03/10/2008 | /s/ Wm. R. Wilson, Jr. |
| Date of Order | Signature of Judge |
| | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |